# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152778(55)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ISRAEL A. VELEZ,
          Defendant-Appellant.

_____/

SC: 152778
COA: 315209
Alger CC: 2012-001997-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before May 30, 2017. The due date of plaintiff-appellee's supplemental brief is also extended to May 30, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2017



Clerk